UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE FROST,<br><br>        Plaintiff,<br><br> -against-<br><br>US GOVERNMENT; COURT OF APPEALS;<br>N.Y.P.D.; CITY OF NEW YORK (HRA); CVR<br>ASSOCIATES INC.,<br><br>        Defendants. | 20-CV-5694 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued July 24, 2020, denying Plaintiff's application to proceed *in forma pauperis* (IFP) and her motion for leave to file this action,

  IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's application to proceed IFP and motion for leave to file this action are denied. (ECF Nos. 1, 4.)

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  The Clerk of Court is directed to transmit a copy of this judgment and note service on the docket. Plaintiff has consented to electronic service of Court documents. (ECF No. 3.)

SO ORDERED.

Dated: July 24, 2020
     New York, New York

                      COLLEEN McMAHON
                      Chief United States District Judge